POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Stan D Blyth, 166938<br>The Law Offices of Stan D. Blyth<br>11 EMBARCADERO W STE 145<br>OAKLAND, CA 94607-4500<br>TELEPHONE NO.: (510) 272-0200<br>ATTORNEY FOR (Name): Plaintiff | FILED<br>08 FEB 27 PM 3: 35<br>RICHARD W. WIEKING<br>U.S. DISTRICT COURT<br>N.D. OF CALIFORNIA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF/PETITIONER: Hayward Enterprises, Inc.

DEFENDANT/RESPONDENT: Creative Juices, Inc., et al.

CASE NUMBER: C 08-00971 PJH

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: HAYW1-001

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Case; Complaint; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Consent to Proceed Before a United States Magistrate Judge; Order Setting Initial Case Management Conferen and ADR Deadlines; Order Requiring Joing Case Management Statement and Appearance at Case Managemei Conference; Contents of Joint Case Management Statement; Office Hours; ECF Registration Information

3. a. Party served: Lyons Magnus, Inc., a California corporation

   b. Person Served: Robert E. Smittcamp - Person authorized to accept service of process       **BY FAX**

4. Address where the party was served: 3158 E. Hamilton Avenue
   Fresno, CA 93702

5. I served the party
   b. by substituted service. On (date): 2/25/2008 at (time): 11:00 AM I left the documents listed in item 2 with or in the presence of: LISA AVINELIE, F/C/Blonde Hair/Blu
      (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:
   Lyons Magnus, Inc., a California corporation
   under:  CCP 416.10 (corporation)

7. Person who served papers
   a. Name:  Robert Higuera Sr.
   b. Address:  One Legal - 194-Marin
               504 Redwood Blvd #223
               Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 74.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: S200510000020
         (iii) County FRESNO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 2/26/2008

Robert Higuera Sr.
(NAME OF PERSON WHO SERVED PAPERS)                                   (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6657370

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> Stan D Blyth, 166938 <br> The Law Offices of Stan D. Blyth <br> 11 EMBARCADERO W STE 145 <br> OAKLAND, CA 94607-4500 <br> ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: <br> (510) 272-0200 <br><br> Ref. No. or File No. <br> HAYW1-001 | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court, judicial district or branch court, if any: <br><br> United States District Court <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102-3483 | | |
| PLAINTIFF: <br> Hayward Enterprises, Inc. | | |
| DEFENDANT: <br> Creative Juices, Inc., et al. | | |
| **PROOF OF SERVICE BY MAIL** | | CASE NUMBER: <br> C 08-00971 PJH |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 2/26/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

> Summons In A Civil Case; Complaint; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Consent to Proceed Before a United States Magistrate Judge; Order Setting Initial Case Management Conference and ADR Deadlines; Order Requiring Joing Case Management Statement and Appearance at Case Management Conference; Contents of Joint Case Management Statement; Office Hours; ECF Registration Information Handout

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at , California, addressed as follows:

> Lyons Magnus, Inc., a California corporation <br> Robert E. Smittcamp <br> 3158 E. Hamilton Avenue <br> Fresno, CA 93702

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 74.00

Solomon Rodriguez <br> One Legal - 194-Marin <br> 504 Redwood Blvd #223 <br> Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 2/26/2008 at Los Angeles, California.

Solomon Rodriguez

FF# 6657370