| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Stan D Blyth, 166938<br>The Law Offices of Stan D. Blyth<br>11 EMBARCADERO W STE 145<br>OAKLAND, CA 94607-4500 | (510) 272-9020 | FILED<br>08 MAR -3 PM 3:42<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>HAYW1-001 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Hayward Enterprises, Inc.

DEFENDANT:
Creative Juices, Inc., et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08-00971 PJH |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Complaint, Summons, Notice of Availability of Magistrate Judge, Order Setting CMC and ADR Deadlines, Court Guidelines, ECF Handout

2. Party Served:      Creative Juices, Inc., a California corporation

3. Person Served:     Mary C. Schoch - Person authorized to accept service of process

   a. Left with:      Jennifer Vanover, Shift Manager - Person in Charge of Office

4. Date & Time of Delivery:   2/27/2008       9:05 AM

5. Address, City and State:   398 Alvarado St
                              Monterey, CA 93940

6. Manner of Service:   By leaving the copies with or in the presence of Jennifer Vanover, Shift Manager, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

**BY FAX**

Registered California process server.
County: MONTEREY
Registration No.: 41

Laurel Peterson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 2/28/2008 at Oakland, California.

Signature: _Laurel Peterson_

Laurel Peterson

FF# 6657371