March 14, 2008

FILED
08 MAR 18 PM 12:49

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mr. Stan Blyth
11 Embarcadero West, Suite 145
Oakland, CA. 94607

Dear Mr. Blyth,

PJH

We received a summons for case# C08000971 involving Hayward Enterprises, Lyons Magnus, and a company named Creative Juices, Inc. We are indeed a California corporation and located in Monterey, but we are obviously being mistaken for some other company. We are the owner of Jamba Juice franchise stores and have never had any association with either of these other companies nor do we have any packaged products like the one described in your filing.

Note specifically that point #21 in your filing states that "on January 31, 2008, our legal counsel …responded to your Cease and Desist letter". We have never received any such letter nor have we previously responded to anything associated with this.

We would appreciate a written statement from you removing our company from any involvement in this suit. Please feel free to contact me directly if you need any further information from us.

Sincerely,

Mark E. Keenan, CFO
*Creative Juices, Inc.*
398 Alvarado St.
Monterey, CA. 93940
831-645-9155

Cc:
- Clerk, U.S District Court, 450 Golden Gate Ave. 16th floor, San Francisco, CA 94102
- Lyons Magnus, Inc. 3158 E. Hamilton Ave., Fresno, CA. 93702
- Hayward Enterprises, Inc., 2700 Napa Valley Corp. Drive, Suite L, Napa, CA. 94558

**CREATIVE JUICES, INC.**
398 Alvarado St.
Monterey, CA 93940

3410243661

SAN JOSE CA 951
17 MAR 2008 PM 6 L



Clerk, U.S. District Court
450 Golden Gate Ave
16th Floor
San Francisco, CA 94102