1    STAN D. BLYTH, State Bar No. 166938
     LAW OFFICES OF STAN D. BLYTH
2    11 Embarcadero West, Suite 145
     Oakland, CA 94607
3    Telephone: (510) 272-0200
     Facsimile: (510) 225-2384
4

5    J. SCOTT GERIEN, State Bar No. 184728
     DICKENSON, PEATMAN & FOGARTY
6    809 Coombs Street
     Napa, California 94559
7    Telephone: (707) 252-7122
     Facsimile: (707) 255-6876
8
     Attorneys for Plaintiff Hayward Enterprises, Inc.
9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13   Hayward Enterprises, Inc., a California      CASE NO. 08-0971 PHJ
     corporation,
14                                                STIPULATION TO FILING OF FIRST
              Plaintiff,                          AMENDED COMPLAINT
15

16
              vs.
17

18
     Lyons Magnus, Inc., a California
19   corporation,  Creative Juices, Inc., a
     California corporation,
20
              Defendants.
21

22        Plaintiff Hayward Enterprises, Inc. ("Plaintiff") and Defendant Lyons Magnus, Inc.

23   hereby stipulate to the filing of Plaintiff's First Amended Complaint. The filing of the First

24   Amended Complaint is necessary as Plaintiff unknowingly named Creative Juices, Inc., a

25   California corporation, as a defendant in this matter. However, the proper party that should

26   have been named as a defendant in this matter is Creative Juices, Inc., a Massachusetts

27   corporation.  The sole amendment contained in the First Amended Complaint replaces

28

                                              1

1  Defendant Creative Juices, Inc., a California corporation, with Defendant Creative Juices, Inc.,

2  a Massachusetts corporation.

3  Dated: March 28, 2008

4

5                                              LAW OFFICES OF STAN D. BLYTH

6                                              By _____
                                                   Stan D. Blyth

7                                              11 Embarcadero West, Suite 145
                                               Oakland, CA 94607
8                                              Telephone: (510) 272-0200
                                               Facsimile: (510) 225-2384
9

10                                             J. Scott Gerien
                                               Megan Ferrigan Healy
11                                             DICKENSON PEATMAN & FOGARTY
                                               809 Coombs Street
12                                             Napa, California 94559
                                               Telephone: (707) 252-7122
13                                             Facsimile: (707) 255-6876

14

15                                             Attorneys for Plaintiff Hayward Enterprises, Inc.

16

17  IT IS SO STIPULATED.

18  Dated: March 28, 2008

19                                             CASWELL BELL & HILLISON LLP

20

21                                             By: _____
                                                    Randol Krbechek
22
                                               5200 North Palm Avenue, Suite 211
23                                             Fresno, CA 93704
                                               Phone (559) 225-6550
24                                             Fax: (559) 225-7912

25                                             Attorneys for Defendnat Lyons Magnus, Inc.

26

27

28

                                               2