1  Randolf Krbechek (SBN 143120)
   CASWELL BELL & HILLISON LLP
2  5200 North Palm Avenue, Suite 211
   Fresno, CA 93704
3  Telephone:  559/225-6550
   Facsimile:  559/225-7912
4  Email: rkrbechek@caswellbell.com

5  Attorneys for Defendant/Counterclaimant Lyons Magnus, Inc.

6
   Stan D. Blyth (SBN 166938)
7  LAW OFFICES OF STAN D. BLYTH
   11 Embarcadero West, Ste. 145
8  Oakland, CA 94607
   Telephone: 510/272-0200
9  Facsimile: 510/225-2384
   Email: blythlaw@gmail.com
10
   Attorneys for Plaintiff/Cross-Defendant Hayward Enterprises, Inc.
11

12 Susan G. L. Glovsky
   HAMILTON BROOK SMITH REYNOLDS
13 P.O. Box 9133
   Concord, Massachusetts
14 Telephone: 978/341-0036
   Facsimile: 978/341-0136
15 Email: Susan.Glovsky@hbsr.com

16 Attorneys for Defendant Creative Juices, Inc.

17                **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

19

20 HAYWARD ENTERPRISES, INC.,           )
   a California corporation,            )   Case No. 3:08-CV-00971-PJH
21                                      )
                  Plaintiff,            )
22                                      )
        vs.                            )   **JOINT REQUEST FOR EARLY**
23                                      )   **SETTLEMENT CONFERENCE**
   CREATIVE JUICES, INC.,               )
24 a California corporation,            )
   LYONS MAGNUS, INC.,                  )
25 a California corporation,            )
                                        )
26                Defendants.           )
                                        )
27 _____     )
   _                                   _)
28 AND RELATED CROSS-ACTION

                        1
          _____
          Joint Request for Early Settlement Conference

1    The undersigned jointly request that the Court set an early settlement conference in
2  the instant action, to be held on the earliest date upon which the Court, the parties and their
3  counsel are available, and represent to the Court as follows:

4    1. This is a trademark dispute between competing businesses. Plaintiff Hayward
5  Enterprises, Inc. contends that the defendants have infringed on its trademark, "Perfect
6  Pureé." Defendants market a competing product under the name, "Fruit Puré."

7    2. The parties, through their attorneys, have had preliminarily discussions regarding
8  a possible resolution of this lawsuit.

9    3. The objective of counsel in proposing an early settlement conference is to enable
10  the parties to examine and discuss the resolution of the lawsuit, with judicial oversight,
11  before positions have become hardened due to the nature of litigation.

12    4. Principals from each of the parties, with settlement authority, have agreed to
13  personally participate in the early settlement conference. Defendant Creative Juices, Inc.,
14  which has not yet been served with the First Amended Complaint and is based in
15  Massachusetts, has agreed to fly an officer of the company to California to participate in
16  the requested settlement conference. Counsel believe that their clients will participate in
17  the requested settlement conference with an open mind and a view toward resolving the
18  dispute between them.

19    5. The intention of counsel in requesting this early settlement conference is to
20  provide a structured forum, with supervision and assistance from the Court, in which the
21  decision-makers from each of the parties can candidly discuss resolution of the legal and
22  business issues raised by the pending lawsuit.

23    6. There has been no discovery to date. The parties and their counsel would like a
24  judicially supervised opportunity to resolve this matter prior to the required initial Rule 26
25  disclosures. Given the nature of the dispute, discovery is not required for there to be a
26  meaningful early settlement conference.

27    7. The parties understand that failing to resolve this case at an early stage will result
28  in costly and protracted litigation. Counsel believe that there may now be a window of

2

1 | opportunity available to resolve this matter early in the proceedings through judicially
2 | supervised negotiations, which opportunity may not arise again until much later in the
3 | lawsuit. Counsel believe that the participation of a federal judge will significantly improve
4 | the chances of reaching an early resolution of this case.

5 |     8. All of the foregoing is stated in the intention of furthering settlement of the
6 | pending lawsuit, and is intended to be privileged under Federal Rules of Evidence, Rule
7 | 408.　　　　　　　　　　　　　　　Respectfully Requested,

8 |

9 | DATED: April ‍‍, 2008.　　　　CASWELL BELL & HILLISON LLP

10 |

11 | By: _____
　　　Randol Krbechek
12 | 　　　Attorneys for Lyons Magnus, Inc.
　　　5200 North Palm Avenue, Suite 211
13 | 　　　Fresno, CA 93704
　　　Telephone: 559/225-6550
14 | 　　　Facsimile: 559/225-7912

15 | DATED: April __, 2008.　　　LAW OFFICES OF STAN D. BLYTH
16 |

17 | By:_____
18 | 　　　Stan D. Blyth
　　　Attorney for Plaintiff Hayward
19 | 　　　Enterprises, Inc.
　　　11 Embarcadero West, Ste. 145
20 | 　　　Oakland, CA 94607
　　　Telephone: 510/272-0200
21 | 　　　Telephone: 510/225-2384

22 | DATED: April __, 2008.　　HAMILTON BROOK SMITH REYNOLDS
23 |

24 | By: _____
　　　Susan G. L. Glovsky
25 | 　　　Attorney for Defendant
　　　Creative Juices, Inc.
26 | 　　　HAMILTON BROOK SMITH, et al.
　　　P.O. Box 9133
27 | 　　　Concord, Massachusetts
　　　Telephone: 978-341-0036
28 | 　　　Facsimile: 978-341-0136

3

Joint Request for Early Settlement Conference

1  opportunity available to resolve this matter early in the proceedings through judicially
2  supervised negotiations, which opportunity may not arise again until much later in the
3  lawsuit. Counsel believe that the participation of a federal judge will significantly improve
4  the chances of reaching an early resolution of this case.

5      8. All of the foregoing is stated in the intention of furthering settlement of the
6  pending lawsuit, and is intended to be privileged under Federal Rules of Evidence, Rule
7  408.                                    Respectfully Requested,

9  DATED: April __, 2008.                   CASWELL BELL & HILLISON LLP

11                                          By:_____
12                                              Randolf Krbechek
                                                Attorneys for Lyons Magnus, Inc.
13                                              5200 North Palm Avenue, Suite 211
                                                Fresno, CA 93704
                                                Telephone: 559/225-6550
14                                              Facsimile: 559/225-7912

15  DATED: April 11, 2008.                  LAW OFFICES OF STAN D. BLYTH

17                                          By: _____
18                                              Stan D. Blyth
                                                Attorney for Plaintiff Hayward
19                                              Enterprises, Inc.
                                                11 Embarcadero West, Ste. 145
20                                              Oakland, CA 94607
                                                Telephone: 510/272-0200
21                                              Telephone: 510/225-2384

22  DATED: April __, 2008.                  HAMILTON BROOK SMITH REYNOLDS
23

24                                          By:_____
25                                              Susan G. L. Glovsky
                                                Attorney for Defendant
26                                              Creative Juices, Inc.
                                                HAMILTON BROOK SMITH, et al.
27                                              P.O. Box 9133
                                                Concord, Massachusetts
                                                Telephone: 978-341-0036
28                                              Facsimile: 978-341-0136

3