UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAYWARD ENTERPRISES, INC.,

    Plaintiff(s),                      No. C 08-0971 PJH

    v.                              **ORDER OF REFERENCE TO MAGISTRATE JUDGE**

CREATIVE JUICES, INC., et al.,

    Defendant(s).
_____/

      Pursuant to Local Rule 72-1 and at the request of the parties, this matter is referred for random assignment of a magistrate judge to conduct a settlement conference as soon as is convenient to that judge's calendar.

      The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge. The parties should contact the undersigned judge's clerk if notice of the assignment has not been posted within two weeks. Additionally, the parties may stipulate to continuing the May 22, 2008 case management conference until after the settlement conference has taken place.

      IT IS SO ORDERED.

Dated: April 15, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, assigned magistrate judge