# AFFIDAVIT OF SERVICE

State of California

United States District Court
Northern District of California

**Plaintiff**
Hayward Enterprises, Inc., a California Corporation

Vs.

**Defendant**
Creative Juices, Inc., a Massachusetts Corporation, Lyons Magnus, Inc a California Corporation

Case Number: 08-0971 PHJ

I, Nexaly Ramos, do hereby affirm that on the 14th day of April 2008 I Summoned the within named Creative Juices, Inc. to appear as within directed by delivering in hand to: Mark Mahoney, President of Creative Juices, Inc. a copy of a Summons in a Civil Action, First Amended Complaint, Stipulation To Filing of First Amended Complaint, and a Order Setting Initial Management Conference and ADR Deadlines. Said service was made at place of business, to wit: 100 Cummings Center, Suite 220B in the Beverly District of Essex County, Massachusetts.

I, Nexaly Ramos, certify that I am over the age of 18 and a disinterested party to the above named case. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction.

Served By: _____
Nexaly Ramos          04/16/08
Process Server