UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hayward Enterprises, Inc.

        Plaintiff(s),

v.

Lyons Magnus, Inc., et al.

        Defendant(s).
_____/

Case No. C-08-0971 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/25/08

Hayward Enterprises, Inc.
_____
[Party]

Dated: 4/25/08

Tracy Hayward DSUC H
_____
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05