The Law Offices of
# Stan D. Blyth
Attorney at Law

This communication cannot be used by any taxpayer for the purpose of avoiding penalties.



April 30, 2008

**Via Electronic Filing**

United States District Court
for the Northern District
San Francisco Division
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

**Re:    Hayward Enterprises, Inc. vs. Lyons Magnus, Inc. et. al.
Case No. C 08-0971 PHJ**

Dear Clerk of the Court:

Pursuant to your instructions, counsel for each of the parties has met and conferred, and the parties and their respective counsel request that the Settlement Conference with Magistrate Judge James Larson be scheduled for July 8, 2008 at 10:00 a.m.

Very Truly Yours,

*Stan D. Blyth*
Stan D. Blyth

cc:    Susan Glovsky (via email)
       Randolf Krbechek (via email)

11 Embarcadero West, Ste 145  Oakland, Ca 94607  p: 510.272.0200  f: 510.225.2384  email: blythlaw@gmail.com