Randolf Krbechek (SBN 143120)
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, CA 93704
Telephone: 559/225-6550
Facsimile: 559/225-7912
Email: rkrbechek@caswellbell.com

Attorneys for Defendant/Counterclaimant Lyons Magnus, Inc.

Stan D. Blyth (SBN 166938)
LAW OFFICES OF STAN D. BLYTH
11 Embarcadero West, Ste. 145
Oakland, CA 94607
Telephone: 510/272-0200
Facsimile: 510/225-2384
Email: blythlaw@gmail.com

Attorneys for Plaintiff/Cross-Defendant Hayward Enterprises, Inc.

Susan G. L. Glovsky
HAMILTON BROOK SMITH REYNOLDS
P.O. Box 9133
Concord, Massachusetts
Telephone: 978/341-0036
Facsimile: 978/341-0136
Email: Susan.Glovsky@hbsr.com

Attorneys for Defendant Creative Juices, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hayward Enterprises, Inc., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Lyons Magnus, Inc., a California corporation, Creative Juices, Inc., a Massachusetts corporation,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTION | CASE NO. 08-0971 PHJ<br><br>**STIPULATION AND PROPOSED ORDER** |

STIPULATION AND PROPOSED ORDER     1

Dated: May _1_, 2008

HAMILTON BROOK SMITH REYNOLDS

By _/s/ Susan Glovsky_
Susan G. L. Glovsky
Attorney for Defendant
Creative Juices, Inc.
HAMILTON BROOK SMITH, et al.
P.O. Box 9133
Concord, Massachusetts
Telephone: 978-341-0036
Facsimile: 978-341-0136

Attorneys for Defendant Creative Juices, Inc.

CASWELL BELL & HILLISON LLP

By: _/s/ Randol Krbechek_
Randol Krbechek
5200 North Palm Avenue, Suite 211
Fresno, CA 93704
Phone (559) 225-6550
Fax: (559) 225-7912

Attorneys for Defendant/Counter Claimant Lyons Magnus, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____

_____
PHYLLIS J. HAMILTON
United States District Judge

STIPULATION AND PROPOSED ORDER         3

Plaintiff/Cross-Defendant Hayward Enterprises, Inc., Defendant/Counterclaimant Lyons Magnus, Inc. and Defendant Creative Juices, Inc. hereby stipulate to the following:

(1) Continuing the Case Management Conference currently scheduled for May 22, 2008, until the settlement conference with Magistrate Judge James Larson has taken place (as allowed under the Order of Reference to Magistrate Judge dated April 15, 2008 and in accord with Local Rule 16-4(e).)

(2) Delaying the parties' Rule 26 Disclosures currently scheduled for May 15, 2008, until thirty (30) days after the conclusion of the settlement conference with Magistrate Judge James Larson.

(3) Delaying the last date for the parties to meet and confer regarding Rule 26 disclosures and a discovery plan from May 1, 2008, until fifteen (15) days after the settlement conference with Magistrate Judge James Larson has taken place.

(4) Delaying the filing of the Rule 26(f) report currently required to be filed on May 15, 2008, until thirty (30) days after the conclusion of the settlement conference with Magistrate Judge James Larson.

IT IS SO STIPULATED

Dated: May 1, 2008

LAW OFFICES OF STAN D. BLYTH

By _____
Stan D. Blyth
11 Embarcadero West, Suite 145
Oakland, CA 94607
Telephone: (510) 272-0200
Facsimile: (510) 225-2384

Attorneys for Plaintiff/Cross Defendant Hayward Enterprises, Inc.