1  Randolf Krbechek (SBN 143120)
   CASWELL BELL & HILLISON LLP
2  5200 North Palm Avenue, Suite 211
   Fresno, CA 93704
3  Telephone: 559/225-6550
   Facsimile: 559/225-7912
4  Email: rkrbechek@caswellbell.com

5  Attorneys for Defendant/Counterclaimant Lyons
   Magnus, Inc.
6
   Stan D. Blyth (SBN 166938)
7  LAW OFFICES OF STAN D. BLYTH
   11 Embarcadero West, Ste. 145
8  Oakland, CA 94607
   Telephone: 510/272-0200
9  Facsimile: 510/225-2384
   Email: blythlaw@gmail.com
10
   Attorneys for Plaintiff/Cross-Defendant Hayward
11 Enterprises, Inc.

12 Susan G. L. Glovsky
   HAMILTON BROOK SMITH REYNOLDS
13 P.O. Box 9133
   Concord, Massachusetts
14 Telephone: 978/341-0036
   Facsimile: 978/341-0136
15 Email: Susan.Glovsky@hbsr.com

16 Attorneys for Defendant Creative Juices, Inc.

17
18                    UNITED STATES DISTRICT COURT
19                    NORTHERN DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| 21  Hayward Enterprises, Inc., a California corporation, | CASE NO. 08-0971 PHJ |
| 22              Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER |
| 23  vs. | |
| 24  Lyons Magnus, Inc., a California corporation, Creative Juices, Inc., a Massachusetts corporation, | |
| 25 | |
| 26              Defendants. | |
| 27  AND RELATED CROSS-ACTION | |
| 28 | |

STIPULATION AND PROPOSED ORDER          1

Plaintiff/Cross-Defendant Hayward Enterprises, Inc., Defendant/Counterclaimant Lyons Magnus, Inc. and Defendant Creative Juices, Inc. hereby stipulate to the following:

(1) Continuing the Case Management Conference currently scheduled for May 22, 2008, until the settlement conference with Magistrate Judge James Larson has taken place (as allowed under the Order of Reference to Magistrate Judge dated April 15, 2008 and in accord with Local Rule 16-4(e).)

(2) Delaying the parties' Rule 26 Disclosures currently scheduled for May 15, 2008, until thirty (30) days after the conclusion of the settlement conference with Magistrate Judge James Larson.

(3) Delaying the last date for the parties to meet and confer regarding Rule 26 disclosures and a discovery plan from May 1, 2008, until fifteen (15) days after the settlement conference with Magistrate Judge James Larson has taken place.

(4) Delaying the filing of the Rule 26(f) report currently required to be filed on May 15, 2008, until thirty (30) days after the conclusion of the settlement conference with Magistrate Judge James Larson.

IT IS SO STIPULATED

Dated: May 1, 2008

LAW OFFICES OF STAN D. BLYTH

By /s/ Stan D. Blyth
Stan D. Blyth
11 Embarcadero West, Suite 145
Oakland, CA 94607
Telephone: (510) 272-0200
Facsimile: (510) 225-2384

Attorneys for Plaintiff/Cross Defendant Hayward Enterprises, Inc.

STIPULATION AND PROPOSED ORDER                2

| | | |
|---|---|---|
| 1 | Dated: May 1, 2008 | HAMILTON BROOK SMITH REYNOLDS |
| 2 | | |
| 3 | | By *[signature]* |
| | | Susan G. L. Glovsky |
| 4 | | Attorney for Defendant |
| | | Creative Juices, Inc. |
| 5 | | HAMILTON BROOK SMITH, et al. |
| | | P.O. Box 9133 |
| 6 | | Concord, Massachusetts |
| | | Telephone: 978-341-0036 |
| 7 | | Facsimile: 978-341-0136 |
| 8 | | Attorneys for Defendant Creative Juices, Inc. |

CASWELL BELL & HILLISON LLP

By: *[signature]*
Randol Krbechek
5200 North Palm Avenue, Suite 211
Fresno, CA 93704
Phone (559) 225-6550
Fax: (559) 225-7912

Attorneys for Defendant/Counter Claimant Lyons Magnus, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 5/2/08

PHYLLIS J. HAMILTON
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

CASE MANAGEMENT CONFERENCE IS CONTINUED TO 8/14/08. A JOINT CASE MANAGEMENT CONFERENCE STATEMENT SHALL BE FILED BY 8/7/08.