UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hayward Enterprises, Inc.

           Plaintiff(s),

v.

Lyons Magnus, Inc., et. al.

           Defendant(s).
_____/

Case No. C-08-0971 PHJ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/7/2008

Dated: 5/8/08

Lyons Magnus, Inc.

_____
[Party]

Caswell, Bell & Hillison, LLP

_____
[Counsel]