1 | Randolf Krbechek (SBN 143120)
Stephen P. Drobny (SBN 222929)
2 | CASWELL, BELL & HILLISON, LLP
5200 North Palm Avenue, Suite 211
3 | Fresno, California 93704
Telephone: (559) 225-6550
4 | Facsimile: (559) 225-7912
Email: Rkrbechek@caswellbell.com
5
Attorneys for CREATIVE JUICES, INC.

FILED  *Fee Paid*

2008 MAY 22  P 3: 38

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

* * *

| HAYWARD ENTERPRISES, INC., a California corporation, | Case No. 3:08-CV-00971-PJH |
|---|---|
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| vs. | |
| CREATIVE JUICES, INC., a Massachusetts corporation, LYONS MAGNUS, INC., a California corporation, | |
| Defendants. | |
| CREATIVE JUICES, INC., a Massachusetts corporation, | |
| Counterclaimant, | |
| vs. | |
| HAYWARD ENTERPRISES, INC., a California corporation, | |
| Counterdefendant. | |

I, Randolf Krbechek, the undersigned, being first duly sworn and upon oath, hereby apply to the above-entitled Court, pursuant to Local Rule 11-3 for admission of Susan G. L. Glovsky to practice *pro hac vice* in the above-captioned case. In support of this application, I submit as follows:

1. All of the statements made herein are made upon my own personal knowledge. If called as a witness, I would testify as set forth in this declaration.

2. I am over the age of 21 years.

3. Ms. Glovsky is a resident of the County of Middlesex, State of Massachusetts. Her business address is 530 Virginia Road, Concord, Massachusetts, 01742.

4. Ms. Glovsky is a partner in the Law Firm of Hamilton, Brook, Smith & Reynolds, P.C., Concord, Massachusetts.

5. Ms. Glovsky is a member in good standing with the State Bar of Massachusetts. Her Massachusetts Bar Number is 195880.

6. Ms. Glovsky is a member in good standing with the following federal courts:

   a. 1991, United States Court of Appeals for the Federal Circuit; and

   b. 1995, United States Supreme Court.

7. Ms. Glovsky is not regularly employed in, nor does she regularly practice in, the State of California. Ms. Glovsky has not concurrently, nor within the year preceding this application, made a *pro hac vice* application to this Court.

8. Ms. Glovsky is not suspended, disbarred, nor subject to any disciplinary proceeding in any court.

WHEREFORE, it is respectfully requested that the Court enter an order admitting Ms. Glovsky to appear *pro hac vice* in the above-captioned case.

Dated: May 15, 2008

CASWELL, BELL & HILLISON, LLP

By: _____
Randolf Krbechek,
Attorneys for Defendant and Crossclaimant,
CREATIVE JUICES, INC.

# PROOF OF SERVICE

STATE OF CALIFORNIA    ]
                       ] ss.
COUNTY OF FRESNO       ]

I declare that I am a citizen of the United States and a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction service was made. My business address is 5200 North Palm Avenue, Suite 211, Fresno, California, 93704-2225.

On May 19, 2008, I served the within -- on the interested party(ies) to this action as follows:

Application for Admission of Attorney *Pro Hac Vice*

Stan D. Blyth,    Esq.
11 Embarcadero West, Suite 145
Oakland, CA 94607

J. Scott Gerien, Esquire
Dickenson, Peatman & Fogarty
809 Coombs Street
Napa, California 94559

Susan G. L. Glovsky
Hamilton Brook Smith Reynolds
P. O. Box 9133
Concord, Massachusetts 01742

[X] BY MAIL - by placing a true copy thereof enclosed in a postage prepaid, sealed envelope addressed to the party(ies) listed above for deposit for collection and mailing with the United States Postal Service at Fresno, California, following this firm's ordinary business practice. I am readily familiar with this firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service and that this correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.

[] OVERNIGHT DELIVERY - by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, addressed to the party(ies) listed above and depositing same in a box or other facility regularly maintained by the overnight delivery service or delivering same to an authorized courier or driver authorized by the overnight delivery service to receive documents.

[] BY HAND DELIVERY - by delivering a true copy thereof by hand on the party(ies) listed above.

[] BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the party(ies) listed above by using the telecopier number(s) below:

Telecopier Number(s):

I declare under penalty of perjury that the foregoing is true and correct. Executed in Fresno, California, on May 19, 2008.

T.L. Tatarakis

RECEIVED
2008 MAY 22 PM 3:37
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

E-filing

HAYWARD ENTERPRISES, INC.,
a California corporation

                Plaintiff(s),

    v.

CREATIVE JUICES, INC.,
a Massachusetts corporation, and
LYONS MAGNUS, INC.,
a California corporation

                Defendant(s).

CASE NO. 3:08-CV-00971-PJH

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Susan G.L. Glovsky, an active member in good standing of the bar of the Commonwealth of Massachuetts whose business address and telephone number (particular court to which applicant is admitted)

is  Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
Concord, Massachusetts 01742
Tel: 978/341-0036

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Creative Juices, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                      UNITED STATES JUDGE

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003246
Cashier ID: harwellt
Transaction Date: 05/22/2008
Payer Name: Caswell Bell and Hillison
----------------------------------------
PRO HAC VICE
  For: Susan G.L. Glovsky
  Case/Party: D-CAN-3-08-AT-PROHAC-001
  Amount:         $210.00
PRO HAC VICE
  For: Patrick A. Quinlan
  Case/Party: D-CAN-3-08-AT-PROHAC-001
  Amount:         $210.00
----------------------------------------
CHECK
  Check/Money Order Num: 41204
  Amt Tendered:   $420.00
----------------------------------------
Total Due:        $420.00
Total Tendered:   $420.00
Change Amt:       $0.00

Case # 08-cv-00971-PJH

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```