Clerk's Use Only

Initial for fee pd.:

Susan G. L. Glovsky (Bar # 195880)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginaia Road Concord Massachusetts, 01742
telephone: (978)341-0036  email: sglovsky@hbsr.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

HAYWARD ENTERPRISES, INC.,
a California corporation

    Plaintiff(s),

v.

CREATIVE JUICES, INC., a
Massachusetts corporation, LYONS
MAGNUS, INC., a California corporation

    Defendant(s).

CASE NO. 08-cv-00971-PJH

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Susan G. L. Glovsky, an active member in good standing of the bar of United States Court of Appeals for the Federal, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Creative Juices, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Randolf Krbechek (SBN) 143120, Caswell, Bell & Hililson, LLP
5200 North Palm Ave, Suite 211 Fresno, CA 93704 (559) 225-6550

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-28-08

Susan G. L. Glovsky

RECEIVED

2008 MAY 22 PM 3:37

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

HAYWARD ENTERPRISES, INC.,
a California corporation

E-filing

CASE NO. 3:08-CV-00971-PJH

Plaintiff(s),

v.

CREATIVE JUICES, INC.,
a Massachusetts corporation, and
LYONS MAGNUS, INC.,
a California corporation

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Susan G.L. Glovsky, an active member in good standing of the bar of the Commonwealth of Massachusetts whose business address and telephone number (particular court to which applicant is admitted)

is Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
Concord, Massachusetts 01742
Tel: 978/341-0036

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Creative Juices, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
UNITED STATES JUDGE

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 54611003246
Cashier ID: harwellt
Transaction Date: 05/22/2008
Payer Name: Caswell Bell and Hillison

PRO HAC VICE
 For: Susan G.L. Glovsky
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00

PRO HAC VICE
 For: Patrick A. Quinlan
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 41204
 Amt Tendered:   $420.00

Total Due:       $420.00
Total Tendered:  $420.00
Change Amt:      $0.00

Case # 08-cv-00971-PJH

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```