RECEIVED
2008 MAY 22 PM 3:37
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

E-filing

HAYWARD ENTERPRISES, INC.,
a California corporation

CASE NO. 3:08-CV-00971-PJH

Plaintiff(s),

v.

CREATIVE JUICES, INC.,
a Massachusetts corporation, and
LYONS MAGNUS, INC.,
a California corporation

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Susan G.L. Glovsky , an active member in good standing of the bar of the Commonwealth of Massachuetts whose business address and telephone number (particular court to which applicant is admitted)
is Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
Concord, Massachusetts 01742
Tel: 978/341-0036

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Creative Juices, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/3/08

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA