RECEIVED
2008 MAY 22 PM 3: 37
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

E-filing

HAYWARD ENTERPRISES, INC.,
a California corporation

CASE NO. 3:08-CV-00971-PJH

Plaintiff(s),

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

v.

CREATIVE JUICES, INC.,
a Massachusetts corporation, and
LYONS MAGNUS, INC.,
a California corporation

Defendant(s).

Patrick A. Quinlan, an active member in good standing of the bar of the Commonwealth of Massachusetts whose business address and telephone number (particular court to which applicant is admitted)

is  Hamilton, Brook, Smith & Reynolds, P.C.
    530 Virginia Road
    Concord, Massachusetts  01742
    Tel:  978/341-0036

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Creative Juices, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  6/3/08



IT IS SO ORDERED
Judge Phyllis J. Hamilton