```
Randolf Krbechek (SBN 143120)
Stephen P. Drobny (SBN 222929)
CASWELL, BELL & HILLISON, LLP
5200 North Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 225-6550
Facsimile: (559) 225-7912
Email: Rkrbechek@caswellbell.com
```

Attorneys for CREATIVE JUICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| HAYWARD ENTERPRISES, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CREATIVE JUICES, INC., a Massachusetts corporation, LYONS MAGNUS, INC., a California corporation,<br><br>    Defendants.<br><br>CREATIVE JUICES, INC., a Massachusetts corporation,<br><br>    Counterclaimant,<br><br>vs.<br><br>HAYWARD ENTERPRISES, INC., a California corporation,<br><br>    Counterdefendant. | Case No. 3:08-CV-00971-PJH<br><br>ASSOCIATION OF COUNSEL |

Counsel for Defendant, Creative Juices, Inc., hereby associates the following counsel as his co-counsel of record in this action:

    Susan G. L. Glovsky
    Patrick A. Quinlan
    Hamilton, Brook, Smith & Reynolds, P.C.
    530 Virginia Road
    Concord, Massachusetts 01742
    (978) 341-0036

I agree to said association of co-counsel.

Dated: June 6, 2008

CASWELL, BELL & HILLISON, LLP

By: _____
Randolf Krbechek,
Attorneys for Defendant and Crossclaimant,
CREATIVE JUICES, INC.

We consent to said association as co-counsel for Defendant and Crossclaimant, Creative Juices, Inc.

Dated: June 6, 2008

_____
Susan G. L. Glovsky

Dated: June 6, 2008

_____
Patrick A. Quinlan

# PROOF OF SERVICE

STATE OF CALIFORNIA ] 
] ss.
COUNTY OF FRESNO ]

I declare that I am a citizen of the United States and a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction service was made. My business address is 5200 North Palm Avenue, Suite 211, Fresno, California, 93704-2225.

On June 6, 2008, I served the within -- on the interested party(ies) to this action as follows:

Application for Admission of Attorney *Pro Hac Vice*

Stan D. Blyth, Esquire
11 Embarcadero West, Suite 145
Oakland, CA 94607

J. Scott Gerien, Esquire
Dickenson, Peatman & Fogarty
809 Coombs Street
Napa, California 94559

Susan G. L. Glovsky, Esquire
Hamilton Brook Smith Reynolds
P. O. Box 9133
Concord, Massachusetts 01742

[✓] BY MAIL - by placing a true copy thereof enclosed in a postage prepaid, sealed envelope addressed to the party(ies) listed above for deposit for collection and mailing with the United States Postal Service at Fresno, California, following this firm's ordinary business practice. I am readily familiar with this firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service and that this correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.

[ ] OVERNIGHT DELIVERY - by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, addressed to the party(ies) listed above and depositing same in a box or other facility regularly maintained by the overnight delivery service or delivering same to an authorized courier or driver authorized by the overnight delivery service to receive documents.

[ ] BY HAND DELIVERY - by delivering a true copy thereof by hand on the party(ies) listed above.

[ ] BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the party(ies) listed above by using the telecopier number(s) below:

Telecopier Number(s):

I declare under penalty of perjury that the foregoing is true and correct. Executed in Fresno, California, on June 6, 2008.

_____
T.L. Tatarakis