# CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date:** July 8, 2008

**Case No.:** C 08-0971 PJH  (JL)

**Case Name:**   Hayward Enterprises Inc v. Creative Juices, Inc

**Counsel Present:**      **Plaintiff**: Stan D. Blyth, J. Scott Gerien

                               **Defendant:** Randy Krbechek

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced cases with the following outcome:

|   |   |
|---|---|
| _____ | Settle |
| _____ | Partial settlement |
|   X    | Did not settle |
|        | Further settlement conference ordered:  _____ |

**Time:**    3.0  hrs

**Comments:**

*[signature: Venice E. Thomas]*

Venice E. Thomas,  Deputy Clerk

cc: Wings Hom