UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**HAYWARD ENTERPRISES, INC., Plaintiff**          Case No. C 08-0971 PJH

**vs.**          **RULE 26(f) REPORT OF PARTIES**

**CREATIVE JUICES, INC., LYONS MAGNUS,**
**INC., Defendants.**

**AND RELATED CROSS-ACTIONS**

1. Pursuant to F.R.Civ.P. 26(f), a meeting was held on August 5, 2008, and was attended by:

> Stan Blyth, counsel for Plaintiff HAYWARD ENTERPRISES, INC.,
>
> Randolf Krbechek, counsel for Defendant LYONS MAGNUS, INC., and

2. **Consent to Magistrate Judge**. The parties do not unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. §63(c).

3. **Initial Disclosures**. The parties will timely exchange their initial disclosures as required by Rule 26(a)(1), and will disclose all information required thereunder.

4. **Jurisdiction and Venue**. At the present time, there are no contested matters as to jurisdiction or venue.

5. **Discovery**. No changes should be made in the limitations set forth on discovery in the Federal Rules of Civil Procedure.

    a. There are currently no issues regarding electronic discovery.

    b. There are currently no issues regarding privilege; however, the Court's order should include how claims of privilege can be asserted after production.

    c. Discovery will be required for numerous issues, including but, not limited

to the following: discovery concerning Plaintiff's use and promotion of THE PERFECT PURÉE OF NAPA VALLEY and THE PERFECT PURÉE marks; the intention behind Defendants' creation of the FRUITPURÉ mark and trade dress; and instances of confusion concerning FRUITPURÉ products.

d.  The parties do not believe that discovery in this matter can be handled on an expedited basis.

e.  The parties do not believe that any items of discovery can be deferred pending settlement discussions.

6.  **Scheduling**.  The parties propose the following deadlines.

**Close of Fact Discovery:  May 30, 2009**

**Exchange of Expert Reports:  June 30, 2009**

**Exchange of Rebuttal Expert Reports:  July 30, 2009**

**Close of Expert Discovery:  September 30, 2009**

**Deadline for Filing of Dispositive Motions  October 30, 2009**

**Deadline for Filing of Pre-trial motions:  November 30, 2009**

**Pretrial Conference:  January 15, 2010**

**Trial: February 15, 2010**

**[Signature Page Immediately Follows]**

RULE 26(f) REPORT OF PARTIES

Dated:  August 6, 2008

By: _____

Stan D. Blyth
Law Offices of Stan D. Blyth
11 Embarcadero West, Suite 145
Oakland, CA 94607
Telephone: (510) 272-0200
Facsimile: (510) 225-2384

J. Scott Gerien
Megan Ferrigan Healy
DICKENSON PEATMAN &
FOGARTY
809 Coombs Street
Napa, California  94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff Hayward Enterprises, Inc.

Dated:  August 6, 2008

By: _____

Randol Krbechek
Caswell Bell & Hillison LLP
5200 North Palm Avenue, Suite 211
Fresno, CA 93704
Phone: (559) 225-6550
Fax: (559) 225-7912

Attorneys for Defendant Lyons Magnus, Inc.
and Creative Juices, Inc.

RULE 26(f) REPORT OF PARTIES