Randolf Krbechek (SBN 143120)
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, CA 93704
Telephone: 559/225-6550
Facsimile: 559/225-7912
Email: rkrbechek@caswellbell.com

Susan G. L. Glovsky, Esq.
Hamilton Brook Smith Reynolds
530 Virginia Road
Concord, MA 017429
Telephone: 978/341-0036
Facsimile: 978/341-0136
Email: Susan.Glovsky@hbsr.com

Attorneys for Lyons Magnus, Inc. and Creative Juices, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYWARD ENTERPRISES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CREATIVE JUICES, INC., a California corporation, LYONS MAGNUS, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:08-CV-00971-PJH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>Date: August 14, 2008<br>Time: 2:30 p.m.<br>Place: Courtroom 3, 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the case management conference in the above-referenced matter be continued from August 14, 2008, at 2:30 p.m. to September 4, 2008, at 2:30 p.m. in

////

////

////

Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

DATED August 11, 2008.

LAW OFFICES OF STAN D. BLYTH

By: /s/ Stan D. Blyth
Stan D. Blyth
Attorneys for Hayward Enterprises, Inc.

DATED: August 10, 2008.

CASWELL BELL & HILLISON LLP

By: /s/ Randolph Krbechek
Randolph Krbechek
Attorneys for Lyons Magnus, Inc. and Creative Juices, Inc.

## ORDER

IT IS HEREBY ORDERED that the case management conference in the above-referenced matter now scheduled for August 14, 2008, is continued until September 4, 2008, at 2:30 p.m. in Courtroom 3, 17th Floor, United States District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

DATED: _____, 2008.

The Honorable Phyllis J. Hamilton

Stipulation to Continue Case Management Conference and Order Thereon