Randolf Krbechek (SBN 143120)
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, CA 93704
Telephone: 559/225-6550
Facsimile: 559/225-7912
Email: rkrbechek@caswellbell.com

Susan G. L. Glovsky, Esq.
Hamilton Brook Smith Reynolds
530 Virginia Road
Concord, MA 017429
Telephone: 978/341-0036
Facsimile: 978/341-0136
Email: Susan.Glovsky@hbsr.com

Attorneys for Lyons Magnus, Inc. and Creative Juices, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

HAYWARD ENTERPRISES, INC.,
a California corporation,

  Plaintiff,

vs.

CREATIVE JUICES, INC.,
a California corporation,
LYONS MAGNUS, INC.,
a California corporation,

  Defendants.

AND RELATED COUNTERCLAIMS.

Case No. 3:08-CV-00971-PJH

**DECLARATION OF RANDOLF KRBECHEK REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

Date: August 14, 2008
Time: 2:30 p.m.
Place: Courtroom 3, 17th Floor
450 Golden Gate Avenue
San Francisco, CA

I, Randolf Krbechek, declare as follows:

1. I am a member of Caswell Bell & Hillison LLP, and am admitted to practice before this court. We are attorneys of record for Lyons Magnus, Inc. and Creative Juices, Inc.

2. The case management conference in this matter is scheduled for Thursday, August 14, 2008, at 2:30 p.m.

3. Several months ago I scheduled a family vacation from August 7 through August 14, 2008. I will be en route from St. Louis to Fresno on Thursday afternoon, August 14, 2008, (the time scheduled for the case management conference).

4. I arranged for another attorney in our firm to appear at the case management conference in my absence. The attorney was prepared to attend, however, when we called the court clerk to make sure that the attorney was properly admitted, we were told that only lead counsel could appear at the hearing. We were also informed that the personal attendance of trial counsel is required at the case management conference.

5. I sincerely apologize to the court for any inconvenience I have caused. I believed I had the hearing covered by an attorney from our firm who was personally familiar with the lawsuit, but compliance with Local Rule 16-10(a), including the rule for personal attendance at the hearing, necessitates the continuance hereby requested.

6. Because I am the lead counsel for defendants and am out-of-state, request is hereby made that the case management conference be continued from August 14, 2008 to September 4, 2008, at 2:30 p.m.

7. The September 4, 2008 date and time has been cleared with Stan Blyth, attorney for plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of August, 2008, at St. Louis, Missouri..

RANDOLF KRBECHEK

CASWELL, BELL & HILLISON LLP
5200 N. Palm Avenue, Suite 211
Fresno, California 93704