1 | Randolf Krbechek (SBN 143120)
CASWELL BELL & HILLISON LLP
2 | 5200 North Palm Avenue, Suite 211
Fresno, CA 93704
3 | Telephone: 559/225-6550
Facsimile: 559/225-7912
4 | Email: rkrbechek@caswellbell.com

5 | Susan G. L. Glovsky, Esq.
Hamilton Brook Smith Reynolds
6 | 530 Virginia Road
Concord, MA 017429
7 | Telephone: 978/341-0036
Facsimile: 978/341-0136
8 | Email: Susan.Glovsky@hbsr.com

9 | Attorneys for Lyons Magnus, Inc. and Creative Juices, Inc.

10

11

# UNITED STATES DISTRICT COURT

12

## NORTHERN DISTRICT OF CALIFORNIA

13

14 | HAYWARD ENTERPRISES, INC.,
a California corporation,

15 |                     Plaintiff,

16 |         vs.

17 | CREATIVE JUICES, INC.,
a California corporation,
18 | LYONS MAGNUS, INC.,
a California corporation,
19

20 |                     Defendants.

21 | AND RELATED COUNTERCLAIMS.

22

Case No. 3:08-CV-00971-PJH

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON**

**Date:** August 14, 2008
**Time:** 2:30 p.m.
**Place:** Courtroom 3, 17th Floor
450 Golden Gate Avenue
San Francisco, CA

23 |     IT IS HEREBY STIPULATED by and between the parties through their

24 | respective counsel that the case management conference in the above-referenced matter

25 | be continued from August 14, 2008, at 2:30 p.m. to September 4, 2008, at 2:30 p.m. in

26 | ////

27 | ////

28 | ////

(sidebar) CASWELL BELL & HILLISON LLP
5200 N. Palm Avenue, Suite 211
Fresno, California 93704

Stipulation to Continue Case Management Conference and Order Thereon

```
 1
 2  Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.
 3  DATED  August 11, 2008.
 4                                        LAW OFFICES OF STAN D. BLYTH
 5
                                          By: _____
 6                                             Stan D. Blyth
                                               Attorneys for Hayward Enterprises, Inc.
 7  DATED:  August 10, 2008.
                                          CASWELL BELL & HILLISON LLP
 8
 9
                                          By: _____
10                                             Randolf Krbechek
                                               Attorneys for Lyons Magnus, Inc. and
11                                             Creative Juices, Inc.
12
13
14
                                          ORDER
15
        IT IS HEREBY ORDERED that the case management conference in the above-
16  referenced matter now scheduled for August 14, 2008, is continued until September 4,
17  2008, at 2:30 p.m. in Courtroom 3, 17th Floor, United States District Courthouse, 450
18  Golden Gate Avenue, San Francisco, CA  94102.
19        August 12
20  DATED: _____, 2008.
21                                        The Honorable Phyllis J. Hamilton
22
23
24
25
26
27
28
```

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

CASWELL BELL & HILLISON LLP
5200 N. Palm Avenue, Suite 211
Fresno, California 93704

Stipulation to Continue Case Management Conference and Order Thereon