UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** September 4, 2008               **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-0971 PJH

**Case Name:** Hayward Enterprises, Inc v. Creative Juices, Inc., et al.

**Attorney(s) for Plaintiff:**     Scott Gerien
**Attorney(s) for Defendant:**     Randolf Krbechek

**Deputy Clerk**: Nichole Heuerman               **Court Reporter**: Not Reported

## PROCEEDINGS

Initial Case Management Conference-Held. The court discusses the possibility of the parties consenting to a magistrate judge for all purposes. Defense counsel has agreed to consent. Plaintiff counsel shall meet and confer with client and submit a letter to the court within one week informing court of answer. The court sets a pretrial schedule.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff:** 9/4/09
**Expert disclosure:** 10/7/09
**Expert discovery cutoff:** 11/18/09
**Dispositive Motions heard by:** 12/2/09
**Pretrial Conference:** 3/11/2010
**Trial:** 4/5/2010 at 8:30 a.m., for 5 days, by [x] Jury [] Court

**Order to be prepared by:** [] Pl [] Def [x] Court

**Notes:**

**cc:** file