United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAYWARD ENTERPRISES, INC.,

    Plaintiff(s),                          No. C 08-0971 PJH

    v.                                    **ORDER**

CREATIVE JUICES, INC., et al.,

    Defendant(s).

_____/

        The court has received the February 17, 2010, letter from plaintiff's counsel advising that the parties have agreed to settle this matter and requesting that all dates be vacated. The court does not vacate trial dates unless the case has in fact settled prior to trial. Thus, the trial date will not be vacated for this case. If for any reason (such as the settlement falling apart) the case needs to be tried, it will be tried on the date that has been assigned since September 5, 2008. The pretrial conference date of March 11, 2010, will however, be continued so that the parties can avoid pretrial preparation if the case is to be dismissed. The court notes that pretrial papers were due on February 11, 2010. The pretrial conference is continued to March 25, 2010 at 2:30 p.m. The pretrial papers will be due March 11, 2010 instead of thirty days before the pretrial conference. The parties can avoid these deadlines, and/or sanctions for failing to comply with them, by filing a stipulation for dismissal before March 11, 2010.

        In order to avoid wasting the time of Magistrate Judge Larson, the settlement

conference scheduled for February 23, 2010, may be taken off calendar if the parties advise Judge Larson that they have settled and that the conference is no longer necessary.

**IT IS SO ORDERED.**

Dated: February 18, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

2